UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CARNEY, IN HIS CAPACITY AS
COURT-APPOINTED RECEIVER
FOR HIGHVIEW POINT PARTNERS, LLC,
MICHAEL KENWOOD GROUP, LLC, MK                 3:12cv165(SRU)
MASTER INVESTMENTS LP, MK
INVESTMENTS, LTD., MK OIL VENTURES
LLC.,MICHAEL KENWOOD CAPITAL
MANAGEMENT, LLC; MICHAEL KENWOOD
ASSET MANAGEMENT, LLC; MK ENERGY
AND INFRASTRUCTURE, LLC; MKEI SOLAR,
LP; MK AUTOMOTIVE, LLC; MK
TECHNOLOGY, LLC; MICHAEL KENWOOD
CONSULTING, LLC; MK INTERNATIONAL
ADVISORY SERVICES, LLC; MKG-ATLANTIC
INVESTMENT, LLC; MICHAEL KENWOOD
NUCLEAR ENERGY, LLC; MYTCART, LLC;
TUOL, LLC; MK CAPITAL MERGER SUB,
LLC; MK SPECIAL OPPORTUNITY FUND; MK
VENEZUELA, LTD; SHORT TERM LIQUIDITY
FUND, I, LTD

v.

FRANCISCO ILLARRAMENDI, MARIA
JOSEPHINA GONZALEZ -MIRANDA,
ADELA M. ILLARRAMENDI

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's partial Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 26, 2018 and April 25, 2018, entered Rulings granting the motion as to Counts six, seven, ten, and eleven of the amended complaint in the amount of

$25,013,716.25 in favor of the plaintiff and dismissing all other counts of the amended complaint.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff and against the defendant, Francisco Illarramendi, and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of April, 2018.

Robin D. Tabora, Clerk

By /s/ Rochelle Jaiman
Deputy Clerk

EOD:_____