## United States District Court for the District of Connecticut

FILED
2018 MAY -2 A 11: 53

| | |
|---|---|
| JOHN J. CARNEY, in his capacity as Court-appointed Receiver for Michael Kenwood Group LLC, and Highview Point Partners, LLC, *et al.*, <br><br>Plaintiff, <br><br>v. <br><br>FRANCISCO ILLARRAMENDI <br><br>Defendant | Case No.: 3:12-cv-00165(SRU) <br> ECF Case <br><br><br><br><br><br>**NOTICE OF APPEAL AND MOTION TO PROCEED IN FORMA PAUPERIS** |

**Notice of Appeal**

NOTICE is hereby given that I, Francisco Illarramendi, Pro Se Defendant, APPEAL to the United States Court of Appeals for the Second Circuit, from this Court's grant of Summary Judgment in favor of the Receiver on Counts Six, Seven, Ten and Eleven of the Amended Complaint in the total amount of $25,013,716.25 (the "Summary Judgment" – ECF Doc. 118 and ECF Doc. 121).

*In Forma Pauperis* **Status**

I currently have several pending Appeals before the Second Circuit Court of Appeals (the "Ongoing Appeals" - Docket Nos. 17-53, 17-1506(L), 17-1893(C)/17-2551(C) & 18-35)[1] Pursuant to previous rulings of this District Court, I have been granted *In Forma*

---

[1] Case No. 17-53 was mandated by the Second Circuit and I have filed a Petition for Certiorari to the Supreme Court of the United States. The Second Circuit issued a Summary Order in Case No's 17-1506(L) and its consolidated cases. A Petition for Rehearing *En Banc* is being submitted in those cases. Case No. 18-35 is in its briefing stage.

Carney v. Illarramendi, MSJ Notice of Appeal and IFP Motion
3:12-cv-00165(SRU)
4.27.2018

*Pauperis* status in all of the Ongoing Appeals. Based on Fed. R. of App. P. 24(3), I would respectfully request that my *In Forma Pauperis* status be extended to this appeal of the Summary Judgment. In support of this request, I certify that there has been no material change in my indigent financial condition as reflected in the Financial Affidavit and Statement of Accounts filed with this District Court in the inextricably intertwined SEC Case (3:11-cv-00078-JBA). I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C.1746: 18 U.S.C. 1621).

**Timeliness of Appeal**

This Notice of Appeal is being is being submitted pursuant to the Mailbox Rule. I am an inmate confined to the Federal Correctional Institution Fairton Camp ("Fairton Camp"). On or before April 27, 2018, which is less than 30 days from the entry of Summary Judgment (ECF Doc. 121), I am depositing this filing in the Fairton Camp internal mail system.

Fairton Camp does not have a special legal mail system for inmates. The mail is placed in a mailbox and picked up at the end of each day (or the end of the weekend if placed on a Friday) and postmarked sometime after pick-up. In limited cases, the Fairton Camp Secretary, if available at the time of mailing, provides a dated certification of the mailing when requested. If available for this document, a copy of the certification is included herein.

I declare under penalty of perjury that these statements are true and correct (see 28 U.S.C.1746: 18 U.S.C. 1621) as of April 27, 2018.

Carney v. Illarramendi, MSJ Notice of Appeal and IFP Motion
3:12-cv-00165(SRU)
4.27.2018

WHEREBY, I request that this Honorable Court enter this Notice before the Second Circuit Court of Appeals and grant me *In Forma Pauperis* status in said proceeding.

Given at Fairton, on April 27, 2018

_____
Francisco Illarramendi, Pro-se
Federal Reg ID: 20402-014
FCI – Fairton Camp
Post Office Box 420
Fairton, NJ  08320

CERTIFICATE OF SERVICE

I, Francisco Illarramendi, hereby certify that on April 27, 2018, the foregoing was served by United States First Class Mail on all parties to the litigation (if any) that do not receive notification from the Court's Electronic Notification System.

_____
Francisco Illarramendi, Pro Se