MANDATE

18-1334
*Carney v. Illarramendi*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand nineteen.

PRESENT:    JOHN M. WALKER, JR.,
            JOSÉ A. CABRANES,
            PETER W. HALL,
                    *Circuit Judges.*

---

JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., MK OIL VENTURES LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, MKEI SOLAR, LP, MK AUTOMOTIVE, LLC, MK TECHNOLOGY, LLC, MICHAEL KENWOOD CONSULTING, LLC, MK INTERNATIONAL ADVISORY SERVICES, LLC, MKG-ATLANTIC INVESTMENT, LLC, MICHAEL KENWOOD NUCLEAR ENERGY, LLC, MYTCART, LLC, TUOL, LLC, MK CAPITAL MERGER SUB, LLC, MK SPECIAL

1

MANDATE ISSUED ON 07/30/2019

OPPORTUNITY FUND, MK VENEZUELA, LTD.,
SHORT TERM LIQUIDITY FUND, I, LTD.,

    *Plaintiff-Appellee,*        18-1334

    v.

FRANCISCO ILLARRAMENDI,

    *Defendant-Appellant.*[*]

| | |
|---|---|
| **FOR PLAINTIFF-APPELLEE:** | Jonathan B. New, Jimmy Fokas, Amy E. Vanderwall, Baker & Hostetler LLP, New York, NY, and Kendall E. Wangsgard Baker & Hostetler LLP, Washington, DC. |
| **FOR DEFENDANT-APPELLANT:** | Francisco Illarramendi, *pro se*, Fairton, NJ. |

Appeal from a judgment of the United States District Court for the District of Connecticut (Stephan R. Underhill, *Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and hereby is **AFFIRMED**.

Defendant-Appellant Francisco Illarramendi ("Illarramendi"), incarcerated and proceeding *pro se*, appeals from the District Court's grant of summary judgment to Plaintiff-Appellee John J. Carney, in his capacity as court-appointed receiver, for recovery of assets stolen in connection with Illarramendi's operation of a large-scale Ponzi scheme.

We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal. After reviewing the record, we affirm the District Court's judgment for substantially the same reasons as those given by the District Court in its March 26, 2018 Ruling on Motion for Summary Judgment. *Carney v. Illarramendi*, No. 3:12-CV-00165 (SRU), 2018 WL 1472510 (D. Conn. Mar. 26, 2018).

---

[*] The Clerk of Court is directed to amend the caption as set out above.

    We have reviewed all of the arguments raised by Illarramendi on appeal and find them to be without merit. The April 25, 2018 judgment of the District Court is therefore **AFFIRMED.**

                  FOR THE COURT:
                  Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

3